In the Matter of the Petition of ALBERT GARDNER, Respondent, to Register the Title to Certain Lands on the East Side of Crescent Street, etc. JOHN HAGEDORN, Appellant.— Final order and judgment registering title reversed, with costs to appellant, and proceedings unanimously dismissed, with costs. This court finds that the title of the petitioner, respondent, as presented in the record is unmarketable, because William Gardner or his representatives were not made parties defendant to the partition suit under which the petitioner claims title (*Gardner* v. *New York Consolidated Card Company*, 166 App. Div. 938), and because said Gardner or his representatives were not made parties to this proceeding, nor was there any trial, decision or determination by the learned judge at Special Term of the objection raised in the answer of defendant Gardner, and also for the reason that there is a conflict between the petitioner, respondent, and defendant, appellant, involving title to part of the property which has not been tried or determined. The recital in the final order or judgment appealed from as a basis therefor that " no adverse claimant or objector or party to this proceeding having appeared or objected " is erroneous, and is contradicted by the record. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur. Settle order on notice.

In the Matter of the Application of JULIA V. GRILLI, Appellant, for a Writ of Mandamus to WILLIAM C. ORMOND and Others, Constituting the Board of Assessors of the County of Kings, and JACOB BRENNER, Commissioner of Jurors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Lazansky at Special Term. (Reported in 110 Misc. Rep. 45.) Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of the Judicial Settlement of the Second Intermediate Account of DAVID W. HARKNESS and Others, as Executors, etc., of JULIA LORILLARD BUTTERFIELD, Deceased. In the Matter of the Judicial Settlement, etc., of ALBERT FRANCIS HAGAR, as One of the Executors of JULIA LORILLARD BUTTERFIELD, Deceased. ALBERT FRANCIS HAGAR, Individually and as Executor, etc., Appellant; WALTER H. HANSON and Others, Respondents.— Decree of the Surrogate's Court of Putnam county affirmed, with a separate bill of costs to each respondent who has filed a brief, payable out of the estate. No opinion. Mills, Putnam, Kelly and Jaycox, JJ., concur; Rich, J., votes to modify the decree by making the stenographer's fees, which have been charged against Mr. Hagar personally, payable out of the estate.